Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
CURTIS E. SMITH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS E. SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-02757-AC<br><br>[~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |

    Based upon the stipulation of the parties, and for cause shown,

    IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include March 29, 2019, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the October 16, 2018 Case Management Order shall be extended accordingly. IT IS SO ORDERED.

DATE: March 18, 2019

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE