MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: asim.modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CURTIS E. SMITH, | Case No.: 2:18-cv-02757-AC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her response to Plaintiff's summary judgment motion with the Court by 30 days to **May 29, 2019**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly. This is Defendant's first request for an extension of time in this matter and she requests it in good faith and without any intent to prolong proceedings unduly.

    There is good cause for this extension request because counsel for Defendant is currently responsible for performing a range of tasks that preclude drafting the Commissioner's response to Plaintiff's summary judgment motion by April 29, 2019. In particular, because a supervisor in

-1-

Defendant's Office of the General Counsel, Region IX was serving as a juror on a five-week trial, counsel for Defendant assumed shared responsibility for overseeing the office's program litigation workload throughout Nevada, California, Arizona, and Hawaii until approximately the second week of April.  Counsel for Defendant is presently conducting substantive and logistical preparation for a hearing scheduled from April 30-May 2, 2019 in personnel litigation pending before the Merit Systems Protection Board.  Counsel for Defendant also remains responsible for drafting briefs in other Social Security matters before the district courts within the Ninth Circuit, including three briefs due in the next twelve days; negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act; and assisting with the training of newly hired attorneys in the agency's Office of the General Counsel, Region IX.  This extension will enable counsel for Defendant to fully review the record and Plaintiff's summary judgment motion and, if warranted, evaluate the defensibility of the Commissioner's position.

    Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: *April 24, 2019*   LAW OFFICES OF LAWRENCE D. ROHLFING

By: */s/ Asim H. Modi for Cyrus Safa\**
CYRUS SAFA
*\*Authorized by email on April 24, 2019*
Attorneys for Plaintiff

Date: *April 24, 2019*   MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

By: */s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED

DATED: April 25, 2019

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE