Cyrus Safa
Attorney at Law: 282971
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Curtis E. Smith

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS E. SMITH,<br><br>    Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-02757-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Curtis E. Smith be awarded attorney fees in the amount of two thousand five hundred dollars ($2,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1 After the Court issues an order for EAJA fees to Curtis E. Smith, the
2 government will consider the matter of Curtis E. Smith's assignment of EAJA fees
3 to Cyrus Safa. The retainer agreement containing the assignment is attached as
4 exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to
5 honor the assignment will depend on whether the fees are subject to any offset
6 allowed under the United States Department of the Treasury's Offset Program.
7 After the order for EAJA fees is entered, the government will determine whether
8 they are subject to any offset.

9 Fees shall be made payable to Curtis E. Smith, but if the Department of the
10 Treasury determines that Curtis E. Smith does not owe a federal debt, then the
11 government shall cause the payment of fees, expenses and costs to be made
12 directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment
13 executed by Curtis E. Smith.[1] Any payments made shall be delivered to Cyrus
14 Safa.

15 This stipulation constitutes a compromise settlement of Curtis E. Smith's
16 request for EAJA attorney fees, and does not constitute an admission of liability on
17 the part of Defendant under the EAJA or otherwise. Payment of the agreed amount
18 shall constitute a complete release from, and bar to, any and all claims that Curtis
19 E. Smith and/or Cyrus Safa including Law Offices of Lawrence D. Rohlfing may
20 have relating to EAJA attorney fees in connection with this action.
21 ///
22 ///
23
24

---

25 [1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien
26 under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

-2-

This award is without prejudice to the rights of Cyrus Safa and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: May 27, 2020              Respectfully submitted,

                                LAW OFFICES OF LAWRENCE D. ROHLFING

                                        /s/ *Cyrus Safa*
                        BY:_____
                                Cyrus Safa
                                Attorney for plaintiff Curtis E. Smith

DATED: May 27, 2020             McGREGOR W. SCOTT
                                United States Attorney


                                        /s/ *Asim Modi*
                                _____
                                ASIM MODI
                                Special Assistant United States Attorney
                                Attorneys for Defendant
                                ANDREW SAUL, Commissioner of Social
                                Security (Per e-mail authorization)

**ORDER**

Approved and so ordered:

DATE:  June 1, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE